```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-011-WFN |
| Plaintiff, | CR-09-068-WFN |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO AMEND |
| SILVIA FRANCESCA STEIN, | |
| Defendant. | |

Before the court is the Defendant's unopposed Motion to Amend Conditions of Release to allow the Defendant to leave her residence for 2 hours, three times a week for physical activity at the Spokane Racquet Club.

**IT IS ORDERED** that the Defendant's unopposed Motion to Amend Conditions of Release **(Ct. Rec. 28, No. CR-09-068-WFN; Ct. Rec. 72, No. CR-01-011-WFN)** is **GRANTED.** All parties are in agreement to the amendment. The Defendant shall be allowed to leave her residence for 2 hours, three times per week for physical activity at the Spokane Racquet Club, 1903 S. Dearborn, Spokane, Washington. The specific dates and times shall be arranged with Defendant's Probation Officer. All other conditions of release shall remain.

DATED July 13, 2009.

```
                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING DEFENDANT'S MOTION TO AMEND - 1